**JOSH B. EWING, OSB No. 152934**
E-mail: josh@boisematthews.com
BOISE MATTHEWS LLP
1400 Congress Center
1050 S.W. Sixth Avenue
Portland, Oregon  97204-1156
Telephone: (503) 228-0487
Facsimile:  (503) 227-5984

Of Attorneys for Defendant George Nicolae Onicescu

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | No. **3:19-CR-00156-2-BR** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT GEORGE NICOLAE** |
| v. | ) | **ONICESCU'S MOTION FOR** |
| | ) | **CONTINUANCE OF TRIAL DATE** |
| **GEORGE NICOLAE ONICESCU**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, George Nicolae Onicescu, by and through counsel, Josh B. Ewing

and Boise Matthews LLP, moves this Court for a continuance of the current trial date of

July 2, 2019.  Defense requests a set over of 90 days.

//

Page 1 -   DEFENDANT GEORGE NICOLAE ONICESCU'S MOTION FOR
            CONTINUANCE OF TRIAL DATE

Mr. Onicescu is in custody.  He has been advised of his rights to a speedy trial both by the Constitution and by statute and he waives his right to a speedy trial.

Mr. Onicescu agrees the time period within this continuance constitutes excludable delay pursuant to 18 U.S.C. §3161(h)(7).

Assistant United States Attorney Quinn Harrington has advised that the government has no objection to the allowance of this motion.

This motion is based on the declaration of counsel filed contemporaneously herewith.

DATED this 18th day of June, 2019.

Respectfully submitted,

BOISE MATTHEWS LLP


/s/ Josh B. Ewing
JOSH B. EWING
OSB No. 152934
(503) 228-0487
Of Attorneys for Defendant
George Nicolae Onicescu

BOISE MATTHEWS LLP
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon  97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT GEORGE NICOLAE

ONICESCU'S MOTION FOR CONTINUANCE OF TRIAL DATE on the following

attorneys by electronic case filing a full and correct copy thereof on the 18th of June,

2019.

> Ethan D. Knight
> Quinn P. Harrington
> Assistant United States Attorneys
> United States Attorney's Office
> Suite 600
> 1000 S.W. Third Avenue
> Portland, OR 97204-2902

> > BOISE MATTHEWS LLP


> > /s/ Josh B. Ewing
> > JOSH B. EWING
> > OSB No. 152934
> > (503) 228-0487
> > Of Attorneys for Defendant
> > George Nicolae Onicescu

CERTIFICATE OF SERVICE