**JOSH B. EWING, OSB No. 152934**
E-mail: josh@boisematthews.com
BOISE MATTHEWS LLP
1400 Congress Center
1050 S.W. Sixth Avenue
Portland, Oregon  97204-1156
Telephone: (503) 228-0487
Facsimile:  (503) 227-5984

Of Attorneys for Defendant George Nicolae Onicescu

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) No. **3:19-CR-00156-2-BR** |
| | ) |
| v. | ) **DECLARATION IN SUPPORT OF** |
| | ) **DEFENDANT GEORGE** |
| | ) **NICOLAE ONICESCU'S MOTION** |
| **GEORGE NICOLAE ONICESCU**, | ) **FOR CONTINUANCE OF TRIAL** |
| | ) |
| Defendant. | ) |
| | ) |

I, JOSH B. EWING, under penalty of perjury, hereby declare:

1.  I was appointed to represent George Nicolae Onicescu pursuant to the Criminal Justice Act effective June 7, 2019.

//

Page 1 -   DECLARATION IN SUPPORT OF DEFENDANT GEORGE NICOLAE
ONICESCU'S MOTION FOR CONTINUANCE OF TRIAL DATE

2. Mr. Onicescu is charged in a 2-count Indictment with Counterfeit Access Device Fraud and Illegal Possession of Device-Making Equipment in violation of 18 U.S.C. §§ 1029(a)(4), (c)(1)(a)(i) and (ii).

3. I have received and reviewed a copy of the Indictment but I have not yet had a chance to meet with Mr. Onicescu or review any discovery in this case.

4. Assistant United States Attorney Quinn Harrington has advised that the government has no objection to the allowance of this motion.

5. Mr. Onicescu is in custody. I have advised him of his right to a speedy trial pursuant to statute and the Constitution. Mr. Onicescu advised me he waives his right to a speedy trial for the duration of the continuance allowed by the Court should this motion be granted.

DATED this 18th day of June, 2019.

_____

JOSH B. EWING

Page 2 -   DECLARATION IN SUPPORT OF DEFENDANT GEORGE NICOLAE ONICESCU'S MOTION FOR CONTINUANCE OF TRIAL DATE

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION IN SUPPORT OF DEFENDANT GEORGE NICOLAE ONICESCU'S MOTION FOR CONTINUANCE OF TRIAL DATE on the following attorneys by electronic case filing a full and correct copy thereof on the 18th of June, 2019.

>   Ethan D. Knight
>   Quinn P. Harrington
>   Assistant United States Attorneys
>   United States Attorney's Office
>   Suite 600
>   1000 S.W. Third Avenue
>   Portland, OR 97204-2902

>   BOISE MATTHEWS LLP

>   /s/ Josh B. Ewing
>   JOSH B. EWING
>   OSB No. 152934
>   (503) 228-0487
>   Of Attorneys for Defendant
>   George Nicolae Onicescu

CERTIFICATE OF SERVICE

BOISE MATTHEWS LLP
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon 97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984